UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SANDHYA CHALASANI,

                Plaintiff,

        -against-                                   13-cv-6535 (LAK)

JUDGE FRAN, et al.,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/15

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion to dismiss this action is granted substantially for the reasons given in the report and recommendation of Magistrate Judge Sarah Netburn, dated February 13, 2015, to which no objections have been filed.

        The Clerk shall enter judgment and close the case.

        SO ORDERED.

Dated:     May 6, 2015

                                                              _____
                                                                   Lewis A. Kaplan
                                                           United States District Judge